96 F.3d 1434
 John J. Scanlin, CEO World Unicorn Society, Inc., World
Unicorn Society, Inc.,
v.
Mr.and Mrs. Robert Cooper, U.S. Army Corps of Engineers,
Department of Environmental Resources, Commonwealth of
Pennsylvania, PA State Police, Richmond TWP. Board of
Supervisors, PA Dept. of Highways, 'Penndot', R. Koeppel, A.
Gettle R. Yowell, A Sever P. Dembowski, D. Smeal, D. Ericson,
 NO. 96-7149
 United States Court of Appeals,
Third Circuit.
 Aug 29, 1996
 Appeal From: M.D.Pa., No. 95-cv-01012
 
 1
 AFFIRMED.